MIED (Rev. 8/07) Notice of Correction

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TRIDINA DENISE ALLEN,

Plaintiff(s),                                    Case No.  20-13435

v.                                                      Judge  Terrence G. Berg

SOCIAL SECURITY, COMMISSIONER OF,          Magistrate Judge  Patricia T. Morris

Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number    13   , filed      07/23/2021      , has been modified.  The explanation for the correction

is stated below.

☐ The docket entry was made on the wrong case.

☐ The corresponding document image was missing or incomplete.

☑ The wrong document image was associated.

☐ The wrong judicial officer was listed on the case docket.

☐ The filer information was inaccurate or omitted from the docket text.

☐ The judicial officer information was inaccurate or omitted from the docket text.

☐ The docket text was changed *to include the Partial Payment Order.*

☐ Other:

If you need further clarification or assistance, please contact    AMANDA CHUBB    at   (313) 234-2644  .

KINIKIA D. ESSIX, CLERK OF COURT

Dated:  July 23, 2021                              /S/A. CHUBB
                                                          Deputy Clerk