UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **TRIDINA DENISE ALLEN,** *o/b/o* **B.S.A.,** *a minor* <br><br> Plaintiff, <br><br> vs. <br><br> **SOCIAL SECURITY COMMISSIONER,** <br><br> Defendant. | **2:20-CV-13435-TGB-PTM** <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 24)** |

This matter is before the Court on Magistrate Judge Patricia T. Morris' February 8, 2022 Report and Recommendation (ECF No. 24), recommending that the case be dismissed with prejudice for Plaintiff's failure to prosecute under Fed. R. Civ. P. 41(b).

The Court has reviewed the Magistrate Judge's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report .

. . to which objection is made." *Id*. Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept the Magistrate Judge's Report and Recommendation of February 8, 2022, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Morris' Report and Recommendation of February 8, 2022 (ECF No. 24) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 28th day of February, 2022.

                BY THE COURT:

                /s/Terrence G. Berg
                TERRENCE G. BERG
                United States District Judge