UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **TRIDINA DENISE ALLEN,** *o/b/o* **B.S.A.,** *a minor*<br><br><br>Plaintiff,<br><br>vs.<br><br>**SOCIAL SECURITY COMMISSIONER,**<br><br><br>Defendant. | **2:20-CV-13435-TGB-PTM** |

## JUDGMENT

In accordance with the Opinion and Order issued on this date, **ACCEPTING AND ADOPTING** Magistrate Judge Patricia T. Morris' Report and Recommendation (ECF No. 24), it is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  February 28, 2022

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb_____
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg_____
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE